UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON ESPOSITO, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>AIRBNB ACTION, LLC, et al.,<br><br>         Defendants. | Case No. 22-cv-07740-VC<br><br>**ORDER TRANSFERRING CASE**<br>Re: Dkt. No. 11 |

The motion to transfer is granted and the case is ordered transferred to the Western District of Arkansas. The claims in this case arise out of the same incident as claims litigated in Arkansas and ultimately dismissed. *Esposito v. Airbnb Action, LLC*, No. 20-cv-5204, 2022 WL 2980700, at *8 (W.D. Ark. July 27, 2022). The Arkansas court specified that dismissal was without prejudice but did not set a deadline to amend the complaint. A subsequent order explained that the case had been closed and that the plaintiffs had not offered any reason why it should be reopened. Dkt. No. 11-2. The plaintiffs did not appeal or seek reconsideration, but rather opened a new case in California. The upshot is that the preclusive effect, if any, of the Arkansas case will be an important question in this case. The Arkansas court is far better positioned to answer that question. And if there is no preclusion, that same court is better positioned to evaluate the amended complaint.

**IT IS SO ORDERED.**

Dated: March 10, 2023

VINCE CHHABRIA
United States District Judge